IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: March 15, 2013 |
| vs. | : | |
| | : | |
| | : | Criminal No. 10-195 |

Daniel Thomas Sullivan
218 Love Lane
Norwood, PA 19074

   **TAKE NOTICE** that the above-entitled case has been set for **Plea** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Monday July 29, 2013** at **11:00 a.m.** before the **Honorable C. Darnell Jones II** . Counsel to contact chambers one day prior to trial to obtain courtroom assignment.

   **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

N<small>O</small> INTERPRETER REQUIRED

   Very truly yours



   A`iShah El-Shabazz
   Courtroom Deputy to Judge Jones

   Notice to:
   Defendant
   Carina Laguzzi, Defense Counsel
   Ashley Lunkenheimer, A.U.S.A.
   U.S. Marshal
   Probation Office
   Pretrial Services
   Larry Bowman