IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VS. | : CRIMINAL NO. 10-00195 |
| | : |
| DANIEL SULLIVAN | : |

## ORDER

AND NOW, this 26th day of July, 2013, upon consideration of the Defendant's Unopposed Motion for a Continuance and Exclusion of Time, the Court finds the following:

1. The period of time from the filing of the Unopposed Motion of Defendant Daniel Sullivan for Continuance of Trial and Exclusion of Time until its written disposition are excludable from calculation pursuant to 18 U.S.C. §3161(h)(1)(F).

2. Counsel for Defendant Daniel Sullivan requires additional time to appropriately and adequately prepare this matter.

3. The failure to grant the requested continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(8)(B)(i).

4. The ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A).

5. Defendant's Motion is unopposed by the government.

THEREFORE, it is hereby ORDERED that the Unopposed Motion of Defendant Daniel Sullivan for Continuance of Trial and Exclusion of Time is **GRANTED** and that the hearing in the above-captioned matter is continued from July 29, 2013, to a later date to be set by the Court.

BY THE COURT:

Judge C. Darnell Jones II
United States District Court